USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/8/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BELKIS COLON,

                Plaintiff,

      - against -

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
------------------------------------------------------------X

20-CV-7704 (LTS) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

        On October 6, 2020, Chief Judge Swain referred this matter to the undersigned for a report and recommendation and notified the parties that they could consent to this Court's jurisdiction in order to speed up resolution of the case. (Dkts. 7, 9.) The parties have not replied to that notice and have now indicated that they will brief dispositive motions on which the undersigned will draft a report and recommendation. (Dkt. 18.)

        Before briefing is complete, the Court invites the parties to consider consenting to this Court's jurisdiction for all purposes consistent with Dkt. 7 so that it may issue an order rather than a report and recommendation, thereby speeding up resolution of this case and conserving judicial resources. By June 18, 2021, the parties shall file a joint letter indicating whether they consent to this Court's jurisdiction for all purposes. (If the parties are not in agreement, the letter shall not reflect the individual position of either party.) If the parties consent to this Court's jurisdiction, they shall also file the form attached to Dkt. 7 by that date.

1

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: June 8, 2021
      New York, New York

Copies transmitted this date to all counsel of record.